**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006 BC4, | : No. 18 EAL 2020 <br> : <br> : <br> : Petition for Allowance of Appeal <br> : from the Order of the Superior Court |
| Respondent | : |
| v. | : |
| SABRINA THIGPEN & JULIUS THIGPEN, | : |
| Petitioners | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.